PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Knowles                                              Cr.: 06-00733-001

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 01/16/07

Original Offense: Bank Robbery by Force

Original Sentence: 41 months imprisonment, 5 years supervised release

Type of Supervision: Supervised Release                      Date Supervision Commenced: 08/16/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit his person, residence, office or vehicle to a search conducted by a United States Probation officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a conditions of release; failure to submit to a search may be ground to revocation, the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CAUSE

In the instant offense, the offender utilized a "prop" gun to commit bank robbery and has a prior history of criminal possession of stolen property, credit cards, and controlled substances.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 01/03/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge                    1-10-08
                                       Date